UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-514-RJC-DSC

| | |
|---|---|
| RAFAEL ANTONIO GARCIA FLORES, ) )  Plaintiff, ) ) v. ) ) YOSELIN YESSENIA MORALES ) ALVARADO, CARMEN LUCIDNA ) ALVARDO, and DAVID ALVARDO ) ) Defendants. ) _____ )  | ORDER |

**THIS MATTER** comes before the Court sua sponte regarding Petitioner Flores' Status Report, (Doc. No. 24), filed on April 19, 2018. After the evidentiary hearing held on April 12, 2018, the Court found that Petitioner has established by preponderance of the evidence a prima facie case warranting the return of V.S.G.M., a minor, to El Salvador pursuant to the Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act. The Court then ordered that, within a week, the parties confer in order to negotiate the details of the minor's return.

The Court notes that the parties have diligently pursued this task. The Court further notes that, due to complications arising from the logistics of the minor's traveli and the needs of various embassies, another week is needed to solidify the minor's traveling plans. For good cause shown, the Court hereby **GRANTS** the parties another week to continue their negotiations and **ORDERS** the parties to file

a second status report by April 26, 2018.

Signed: April 21, 2018

Robert J. Conrad, Jr.
United States District Judge