# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Rafael Antonio Garcia Flores, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00514-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Carmen Lucinda Alvarado | ) | |
| Yoselin Yessenia Morales Alvarado | | |
| David Alvarado, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2018 Order.

August 3, 2018

Frank G. Johns, Clerk
United States District Court